FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0329

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0329

IN THE MATTER OF

O.S.

AN ALLEGED MENTALLY ILL PERSON,

Respondent and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 9, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 8 2020